

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-18-00379-CV

**THE STATE OF TEXAS**,
Appellant

v.

**ONE MILLION SEVEN HUNDRED ELEVEN THOUSAND SIXTY-ONE DOLLARS AND SEVENTY-NINE CENTS** ($1,711,061.79) In U.S. Currency, Elgin Watch, Rope Necklace, ID Bracelet, Two (2) Costume Jewelry Rings, and Five (5) Silver Bars,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,242
The Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

The State of Texas has filed a motion requesting that we "enter an express order confirming the statutory stay, enjoining the 49th District Court from making or enforcing any order concerning the enforcement of its order which was superseded by appeal pending the mandate of this Court." "Texas courts are not empowered to give advisory opinions." *City of Helotes v. Miller*, 243 S.W.3d 704, 708 (Tex. App.—San Antonio 2007, no pet.). A court renders an advisory opinion by addressing issues that are not ripe or based on a judiciable controversy. *See id.* "A case is not ripe if its resolution depends on contingent or hypothetical facts, or upon events not yet come to pass." *Id.* And there is no justiciable dispute without a "real and substantial controversy involving a genuine conflict of tangible interests and not merely a theoretical dispute." *Id.*

Although the State's motion alleges the appellees "will likely try to enforce this clause to have the undersigned attorney held in contempt," the State's motion does not show the likelihood of such enforcement is anything more than hypothetical. The State's motion also does not demonstrate there is an existing controversy between the State and appellees about whether the

appealed order is stayed pending the mandate of this court. We therefore **deny** the State's motion **without prejudice**.

Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court